FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

2016 NOV 23 PM 2:34

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SHANNON CARTER,

Plaintiff,

vs. Civil Action No.: 6:16cv2053-orl-28TBS

LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

**COMPLAINT**

The plaintiff, SHANNON CARTER, sues the Defendant, LIFE INSURANCE COMPANY OF AMERICA and states:

1. This is an action for legal and/or equitable relief under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 et seq.

2. This Court has jurisdiction pursuant to 29 U.S.C. § 1131(e) and (f).

3. At all times material hereto, Plaintiff was a resident of Osceola County, Kissimmee, Florida.

4. Plaintiff was an employee of GENESIS HEALTH, INC. d/b/a BROOKS HEALTH SYSTEM.

5. At all times material hereto, Plaintiff is and/or was a participant in employee benefits plan for Long Term disability benefits (hereinafter "LTD Plan"). According to the LTD Plan, LIFE INSURANCE COMPANY OF AMERICA is the "named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims." This Plan is subject to the provisions of ERISA.

6. At all times material hereto, Defendant LIFE INSURANCE COMPANY OF AMERICA, a corporation licensed to do business in the State of Florida, was the Claims Administrator charged with making the final benefits determinations at issue under the LTD Plan, including the determinations made on Plaintiff's claim.

7. The Plan was funded through a contract of insurance issued by LIFE INSURANCE COMPANY OF AMERICA, who pays claims from its own general assets.

8. On December 9, 2015 Defendant LIFE INSURANCE COMPANY OF AMERICA determined that Plaintiff no longer met the definition of disability as defined in the LTD Plan and thus terminated her benefits effective January 8, 2016.

9. Plaintiff requested reconsideration of the December 9, 2015 decision and Defendant LIFE INSURANCE COMPANY OF AMERICA affirmed the decision to terminate her Long Term disability benefits by decision dated September 22, 2016. This affirmation was final and binding and LIFE INSURANCE COMPANY OF AMERICA informed Plaintiff that he had a right to bring a legal action under ERISA.

10. With respect to all claims made herein, Plaintiff has exhausted any and all administrative remedies provided under the Plan.

11. The LTD Plan provides that Plaintiff is entitled to Long Term disability benefits if he meets the definition of Disabled.

12. Plaintiff has met the definition of Disabled within the meaning of the LTD Plan and is entitled to disability as of January 8, 2016 and through the present.

13. Defendant LIFE INSURANCE COMPANY OF AMERICA, since January 8, 2016 has failed and refused to pay Long Term disability benefits to Plaintiff and such

failure and refusal constitutes an improper denial of benefits pursuant to a disability plan governed by ERISA.

14. Plaintiff has been required to obtain the services of the undersigned attorney in this matter and has agreed to a reasonable attorney fee as compensation to him for his services. Pursuant to 29 U.S.C. § 1132(g) and Fla. Stat. § 627.428 Plaintiff is entitled to a reasonable attorney's fee and costs of action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, SHANNON CARTER, asks this Court to enter judgment against defendant LIFE INSURANCE COMPANY OF AMERICA, finding that:

(a) Plaintiff met the definition of Disabled under the LTD Plan as of January 8, 2016 and through the present;

(b) Plaintiff is entitled to Long Term disability benefits from January 8, 2016 through the present;

(c) An award reasonable attorney's fees and costs incurred in this action is proper; and

(d) Any such other and further relief this Court deems just and proper, including but not limited to a declaration that Plaintiff's same claim for benefits continues after the last date of benefits awarded by the Court, without need to file a new application for benefits, and remanding Plaintiff's claim to LIFE INSURANCE COMPANY OF AMERICA for further action to address continuing benefits after the final date of benefits awarded by this Court.

Law Office of Erik W. Berger

Date: November 19, 2016

ERIK BERGER, ESQUIRE

Trial Attorney for Plaintiff
FL I.D. No.: 0130478
3744 Dupont Station Court South
Jacksonville, FL 32217
(904) 733-2800
(904) 733-2805 (facsimile)
eberger@ewbergerlaw.com